Opinion filed July 6, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed July 6, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00053-CV 

                                                    __________

 

             JAMES DON MITCHELL AND JERRY WAYNE MITCHELL,

          
INDIVIDUALLY AND AS INDEPENDENT CO-EXCUTORS OF

            THE
ESTATE OF MYRLE MITCHELL, DECEASED, Appellants

 

                                                             V.

 

                                  CHARLIE
HIGHTOWER, Appellee

 



 

                                         On
Appeal from the 106th District Court

 

                                                         Dawson
 County, Texas

 

                                        Trial
Court Cause No. 04-03-16971-CV-A

 



 

                                             M
E M O R A N D U M   O P I N I O N

The
parties have filed in this court an agreed motion to dismiss this appeal.  The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

July
6, 2007

 

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.